# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted March 18, 2005
Decided March 28, 2005

**Before**

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 04-3266 | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division |
| ANTONIO ALANIS, *Petitioner-Appellant,* | |
| *v.* | No. 03 C 395 |
| UNITED STATES OF AMERICA, *Respondent-Appellee.* | Robert L. Miller, Jr., *Chief Judge.* |

**O R D E R**

Antonio Alanishas filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability.  This court has reviewed the final order of the district court and the record on appeal.  We find no substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED**.